UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re: | Chapter 13 |
|---|---|
| Skylar Carlson and Angela Carlson | Bankruptcy No. 17-01607 |
| Debtors. | AMENDED MOTION TO REOPEN CHAPTER 13 BANKRUPTCY |

COME NOW the Debtors, Skylar Carlson and Angela Carlson, and in support of the above-captioned Motion states:

1. On August 10, 2017, the Debtors filed a chapter 13 bankruptcy.

2. The Section 341 Meeting of Creditors was held on September 26, 2017.

3. On November 10, 2022 , the chapter 13 case was discharged.

4. On December 15, 2022, the chapter 13 case was closed.

5. The Debtors find it necessary to file a Motion to Avoid Lien held by H&R Accounts Inc in order to clear title to real estate that is listed on Schedule A of the Debtors' Petition.

6. In order for the Debtors to file the Motion to Avoid Lien, it is necessary and proper for the above-captioned matter to be reopened.

7. No party will be prejudiced by the reopening of the above-captioned matter.

WHEREFORE, the undersigned prays the Court reopen the above-captioned matter and for such other relief as the court deems just and equitable.

MARKS LAW FIRM, P.C.

*/s/ Samuel Z. Marks*
Samuel Z. Marks IS 9998821
4225 University Avenue
Des Moines, Iowa 50311

PHONE (515) 276-7211
FAX (515) 276-6280
ATTORNEY FOR DEBTORS

# United States Bankruptcy Court
## Southern District of Iowa

In re **Skylar and Angela Carlson**     Case No. **17-01607**
Debtor(s)     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 12, 2023**, a copy of the **Amended Motion to Reopen** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Arvest Mortgage Co.**
**AT&T**
**Creditor Collection Services**
**Dish Network**
**Diversified Consultants**
**Emily Bartekoske c/o Southlaw**
**Enhanced Recovery Company**
**Foursight Capital**
**H&R Accounts INC**
**J.G. Wentworth Home Lending Inc.**
**Kay Jewelers**
**Portfolio Recovery**
**Progressive Auto Insurance**
**Windstream**

   **/s/ Samuel Z. Marks**
   **Samuel Z. Marks**
   **Marks Law Firm, P.C.**
   **4225 University Ave.**
   **Des Moines, IA 50311**
   **(515) 276-7211Fax:(515) 276-6280**
   **Office@markslawdm.com**